UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIUS TERRELL, | CASE NO. C16-1415JLR |
| Plaintiff, | ORDER REGARDING JOINT STATUS REPORT |
| v. | |
| COSTCO WHOLESALE CORP., | |
| Defendant. | |

On October 21, 2016, the court entered a stay pending resolution of Defendant Costco Wholesale Corporation's ("Costco") motion to dismiss. (Stay Order (Dkt. # 29).) The court denied Costco's motion to dismiss. (MTD Order (Dkt. # 44).) Accordingly, the court lifts the stay imposed on October 21, 2016, and ORDERS the parties to file an updated joint status report within seven (7) days of the date of this order. (*See* JSR (Dkt. # 10).) In conjunction with the updated joint status report, the parties must propose a

//

//

ORDER - 1

schedule for filing and briefing the motion for class certification.  (*See* Class Cert Sched. (Dkt. # 11); Stay Order at 3 n.2.)

Dated this 23rd day of March, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2