The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIUS TERRELL, as an individual and as a representative of the class,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORP.,<br><br>Defendant. | No. 2:16-cv-01415-JLR AND ORDER<br><br>STIPULATED MOTION ✓ TO EXTEND TIME TO SUBMIT JOINT STATUS REPORT<br><br>NOTE ON MOTION CALENDAR:<br>March 29, 2017 |



WHEREAS on March 23, 2017, the Court ordered the Parties to file a joint status report within seven (7) days (*see* Dkt. # 45);

WHEREAS the Parties are working cooperatively to prepare a joint status report, have met and conferred regarding the joint status report, and have exchanged a draft joint status report; and

WHEREAS, at this time, the Parties jointly require an additional week's time to finalize the joint status report;

STIPULATED MOTION TO
EXTEND TIME TO SUBMIT JOINT STATUS REPORT- 1
2:16-cv-01415-JLR

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
Telephone: (206) 676-8440

IT IS HEREBY STIPULATED AND CONSENTED by and between the undersigned counsel for the Parties that the deadline to submit the joint status report be extended by one week to April 6, 2017.

DATED this 29th day of March, 2017.

**WINTERBAUER & DIAMOND** PLLC

*s/ Steven H. Winterbauer*
Steven H. Winterbauer, WSBA #16468
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440
Facsimile: (206) 676-8441
Attorneys for Defendant Costco Wholesale Corporation

Pamela Q. Devata*
John Drury*
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000

David Kadue*
Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone: (310) 277-7200

Courtney S. Stieber*
Seyfarth Shaw LLP
620 Eighth Avenue, 32nd Fl.
New York, New York 10018
Telephone: (212) 218-5500

*Admitted *pro hac vice*

DATED this 29th day of March, 2017

**TERRELL MARSHALL LAW GROUP** PLLC

*s/ Beth E. Terrell*
Beth E. Terrell, WSBA #26759
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Attorneys for Plaintiff

E. Michelle Drake*
Joe Hashmall*
Berger & Montague, P.C.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
emdrake@bm.net
jhashmall@bm.net

STIPULATED MOTION TO
EXTEND TIME TO SUBMIT JOINT STATUS REPORT- 2
2:16-cv-01415-JLR

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

1 | IT IS SO ORDERED:

2 | DATED this 29th day of ___March___, 2017

_____
THE HONORABLE JAMES L. ROBART

STIPULATED MOTION TO
EXTEND TIME TO SUBMIT JOINT STATUS REPORT- 3
2:16-cv-01415-JLR

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

I hereby certify that on March 29, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and by regular mail to the following:

Beth E. Terrell
Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
bterrell@terrellmarshall.com

E. Michelle Drake
Joe Hashmall
Berger & Montague, P.C.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
emdrake@bm.net
jhashmall@bm.net

DATED this 29th day of March, 2017

s/ Adam Love
Adam Love
Legal Assistant
WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Phone: 206-676-8440
Fax: 206-676-8441
mail@winterbauerdiamond.com

STIPULATED MOTION TO
EXTEND TIME TO SUBMIT JOINT STATUS REPORT- 4
2:16-cv-01415-JLR

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440