The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIUS TERRELL, as an individual and as a representative of the class,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORP.,<br><br>Defendant. | No. 2:16-cv-01415-JLR **AND ORDER**<br><br>STIPULATED MOTION TO EXTEND TIME TO SUBMIT JOINT STATUS REPORT<br><br>**NOTE ON MOTION CALENDAR:**<br>**April 6, 2017** |



WHEREAS on March 23, 2017, the Court ordered the Parties to file a joint status report within seven (7) days (*see* Dkt. # 45);

WHEREAS on March 29, 2017, the Court provided a one-week extension for the Parties to file their joint status report to April 6, 2017 (*see* Dkt. # 48);

WHEREAS the Parties continue to work cooperatively to prepare a joint status report, have met and conferred regarding the joint status report, and have exchanged a draft joint status report and scheduling proposals; and

STIPULATED MOTION TO
EXTEND TIME TO SUBMIT JOINT STATUS REPORT- 1
2:16-cv-01415-JLR

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

1. WHEREAS, at this time, the Parties jointly require additional time to finalize the joint
2. status report;
3. IT IS HEREBY STIPULATED AND CONSENTED by and between the undersigned
4. counsel for the Parties that the deadline to submit the joint status report be extended to April 20,
5. 2017.

DATED this 6th day of April, 2017.

**WINTERBAUER & DIAMOND** PLLC

/s/ *Steven H. Winterbauer*
Steven H. Winterbauer, WSBA #16468
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440
Facsimile: (206) 676-8441
Attorneys for Defendant Costco Wholesale Corporation

Pamela Q. Devata*
John Drury*
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000

David Kadue*
Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone: (310) 277-7200

Courtney S. Stieber*
Seyfarth Shaw LLP
620 Eighth Avenue, 32nd Fl.
New York, New York 10018
Telephone: (212) 218-5500
*Admitted *pro hac vice*

DATED this 6th day of April, 2017

**TERRELL MARSHALL LAW GROUP** PLLC

/s/ *Beth E. Terrell*
Beth E. Terrell, WSBA #26759
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Attorneys for Plaintiff

E. Michelle Drake*
Joe Hashmall*
Berger & Montague, P.C.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
emdrake@bm.net
jhashmall@bm.net

STIPULATED MOTION TO
EXTEND TIME TO SUBMIT JOINT STATUS REPORT- 2
2:16-cv-01415-JLR

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

IT IS SO ORDERED:

DATED this 7th day of _____April_____, 2017

_____
THE HONORABLE JAMES L. ROBART

STIPULATED MOTION TO
EXTEND TIME TO SUBMIT JOINT STATUS REPORT- 3
2:16-cv-01415-JLR

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

I hereby certify that on April 6, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and by regular mail to the following:

Beth E. Terrell, WSBA #26759
Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
bterrell@terrellmarshall.com

E. Michelle Drake*
Joe Hashmall*
Berger & Montague, P.C.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
emdrake@bm.net
jhashmall@bm.net

DATED this 6th day of April, 2017

        s/ Bonnie J. Gail
        Bonnie Gail
        Legal Assistant
        WINTERBAUER & DIAMOND PLLC
        1200 Fifth Avenue, Suite 1700
        Seattle, Washington  98101
        Phone:  206-676-8440
        Fax:  206-676-8441
        mail@winterbauerdiamond.com

STIPULATED MOTION TO
EXTEND TIME TO SUBMIT JOINT STATUS REPORT- 4
2:16-cv-01415-JLR

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
Telephone: (206) 676-8440